IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES E. SULT,**<br><br>Plaintiff,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | C 07-1985 VRW<br><br>**[PROPOSED]** ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JAMES SULT CDCR No. C-46198 |

Plaintiff, **JAMES SULT CDCR No. C-46198,** a necessary and material party in settlement proceedings in this case **beginning on April 1, 2008, at 10:00 a.m.**, is confined at Kern Valley State Prison in the custody of Warden Anthony Hedgpeth. In order to secure this inmate's attendance at the settlement proceedings scheduled for April 1, 2008 in Courtroom 205A, 2nd Floor, of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of James Sult, C-46198, to produce said inmate in **Courtroom 205A, of the United States District Courthouse, 514 H Street, Courtroom 205A, 2nd Floor, Eureka, California 95501, the Honorable Nandor Vadas presiding, beginning on April 1, 2008, at 10:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testifcandum issue, under the seal of this court, commanding the Warden of Kern Valley State Prison and the California Department of

Corrections and Rehabilitation to produce inmate **JAMES SULT, CDCR No. C-46198** to attend settlement proceedings in the United States District Court for the Northern District of California at the time and place above, until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFCANDUM**

To: The Warden of Kern Valley State Prison,

**YOU ARE COMMANDED** to produce inmate **JAMES SULT, CDCR No. C-46198** to attend settlement proceedings in the United States District Court for the Northern District of California at the time and place above, until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: 3/10/08

The Honorable Nandor Vadas
United States Magistrate Judge