```
 1 | EDMUND G. BROWN JR.
   | Attorney General of the State of California
 2 | DAVID S. CHANEY
   | Chief Assistant Attorney General
 3 | FRANCES T. GRUNDER
   | Senior Assistant Attorney General
 4 | JONATHAN L. WOLFF
   | Supervising Deputy Attorney General
 5 | SARA UGAZ, State Bar No. 239031
   | Deputy Attorney General
 6 |   455 Golden Gate Avenue, Suite 11000
   |   San Francisco, CA  94102-7004
 7 |   Telephone: (415) 703-5716
   |   Fax: (415) 703-5843
 8 |   Email: Sara.Ugaz@doj.ca.gov
 9 | Attorneys for Defendant the California Department of
   | Corrections and Rehabilitation
10 |
11 |            IN THE UNITED STATES DISTRICT COURT
12 |          FOR THE NORTHERN DISTRICT OF CALIFORNIA
13 |                    SAN FRANCISCO DIVISION
```

| | |
|---|---|
| JAMES E. SULT, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | C 07-1985 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of the above-captioned action under Rule 41(a) of the Federal Rules of Civil Procedure, and

///

///

Stip. & [Prop.] Order Dismissal

*J. E. Sult v. State of Cal., et al.*
C 07-1985 VRW

1

1 | each party to bear his own attorneys' fees and costs.

3 | Dated: April 1, 2008

*/s/ George Mavris*
GEORGE MAVRIS
Attorney for Plaintiff James Sult

Dated: April 1, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

*/s/ Sara Ugaz*

SARA UGAZ
Deputy Attorney General
Attorneys for Defendant the California Department of Corrections and Rehabilitation

IT IS SO ORDERED.

Dated: May 8, 2008

_____
Hon. Vaughn R. Walker
United States District Judge

40235345.wpd
SP2007200266

**IT IS SO ORDERED**
Judge Vaughn R Walker

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **J. E. Sult v. State of CA, et al.**

No.: **C 07-1985 VRW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **May 7, 2008**, I served the attached

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

George M. Mavris
Law Offices of George M. Mavris
1 Point Saint George Place
Crescent City, CA 95531
Attorney for James E. Sult
C-46198

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 7, 2008**, at San Francisco, California.

| M. Luna | *M. Luna* |
|---|---|
| Declarant | Signature |

40250352.wpd